IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **SARA PERNELL,** | ] | |
| **Plaintiff,** | ] | |
| v. | ] | CV-09-BE-2521-W |
| **GILCO CONTRACTING, INC.,** | ] | |
| **Defendants.** | ] | |

## MEMORANDUM OPINION

On September 30, 2010, the magistrate judge entered his Report and Recommendation, recommending that Plaintiff's motion for default judgment be granted, and that Plaintiff be awarded $227,724.00, and that costs be taxed against Defendant. (Doc. 22). The Report and Recommendation required any specific written objections to be filed within ten days. No party filed any objection to the Report and Recommendation.

The court has carefully considered the record in this case, together with the magistrate judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court will enter an Order simultaneously to that effect and will grant Plaintiff's motion for default judgment.

DONE and ORDERED this 26th day of October, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE